UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROVI GUIDES, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMCAST CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-09826-JPO |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL**

This matter is before the Court on the Joint Stipulation of Dismissal. The Court, having considered the matter and being so advised, GRANTS this motion.

It is SO ORDERED.

Date: Nov. 13, 2020

_____
J. PAUL OETKEN
United States District Judge